**93–1096.** Robinson v. Mihm. *Montgomery County,* No. 13745. This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Montgomery County to certify its record. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective March 14, 1994.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**93–1540.** State v. Woods. *Hamilton County,* No. C–930394. This cause is pending before the court on the filing of a motion for leave to appeal from the Court of Appeals for Hamilton County. Appellant's notice of appeal was filed July 30, 1993. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and the same is hereby, dismissed *sua sponte,* effective March 14, 1994.

**93–2015.** In re Estate of Lajoie. *Lucas County,* No. L–92–234. This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Lucas County to certify its record. Appellants' request for extension of time to file a memorandum in support of jurisdiction was denied by this court on October 8, 1993. Appellants' motion for reconsideration of this court's denial of request for extension and motion to file memorandum in support of jurisdiction instanter were denied on November 17, 1993. It appears from the records of this court that appellants have not filed a memorandum in support of jurisdiction in compliance with the Rules of Practice of the Supreme Court and therefore have failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and the same is hereby, dismissed *sua sponte,* effective March 14, 1994.

**93–2166.** State v. Scholz. *Lake County,* No. 92–L–062. This cause is pending before the court on the filing of a motion for leave to appeal from the Court of Appeals for Lake County. Appellant's request for extension of time to file memorandum in support of jurisdiction was granted by this court on December 6, 1993. Appellant's memorandum in support of jurisdiction was due on January 3, 1994. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and the same is hereby, dismissed *sua sponte,* effective March 14, 1994.

**93–2442.** Rugo v. White Oak Condominium Assn. *Cuyahoga County,* No. 63440. This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Cuyahoga County to certify its record. Appellants' request for extension of time to file a memorandum in support of jurisdiction was granted by this court on December 6, 1993. Appellants' memorandum in support of jurisdiction was due on January 3, 1994. Appellants' second request for extension of time to file a memorandum in support of jurisdiction was granted by this court on December 29, 1993. Appellants' memorandum in support of jurisdiction was due on February 3, 1994. It appears from the records of this court that appellants have not filed a memorandum in support of jurisdiction in compliance with the Rules of Practice of the Supreme Court and therefore have failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and the same is hereby, dismissed *sua sponte,* effective March 14, 1994.